MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Shane J. Lange

Chapter 7 Case No. 08-41347

Please Check One:

\_\_\_\_\_ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Acme Tools<br>P.O. Box 13720<br>Grand Forks, ND 58208-3720 | 2 | 106.45 | 4.69 |

Dated: October 7, 2010

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Lange\Unclaimed Dividends Distribution Less than $5.wpd